IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:07-CR-0401** |
| | : | |
| **v.** | : | |
| | : | |
| **KEMYAH R. WASHINGTON** | : | **Judge Sylvia H. Rambo** |

## **O R D E R**

For the reasons set forth in the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Washington's motion for a resentencing hearing is **DENIED**.

> s/Sylvia H. Rambo
> Sylvia H. Rambo
> United States District Judge

Dated: September 10, 2019